[No. 23442-4-II.    Division Two.    October 15, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MARVIN
LAWRENCE BOOTH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 97-1-05115-2, Rudolph J. Tollefson, J., entered
June 10, 1998. *Affirmed* by unpublished opinion per Hough-
ton, J., concurred in by Bridgewater, C.J., and Morgan, J.

[No. 23718-1-II.    Division Two.    October 15, 1999.]

COLONIAL INSURANCE COMPANY OF CALIFORNIA, *Appellant*, v.
PATSY J. KELLEY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 97-2-01954-8, Christine A. Pomeroy, J.,
entered August 14, 1998. *Reversed* by unpublished opinion
per Houghton, J., concurred in by Bridgewater, C.J., and
Morgan, J.

[No. 40507-1-I.    Division One.    October 18, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DARREL D.
FISH, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-1-02125-0, Norma Smith Huggins, J.,
entered March 17, 1997. *Affirmed* by unpublished opinion
per Ellington, J., concurred in by Baker and Cox, JJ. Now
published at 99 Wn. App. 86.

[No. 41689-8-I.    Division One.    October 18, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ALFRED L.
JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-05248-0, Faith Ireland, J., entered
November 3, 1997. *Affirmed* by unpublished per curiam
opinion.